No. 03–224. MOORE v. LOCAL UNION NO. 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–234. MAHURKAR v. NIRO, SCAVONE, HALLER & NIRO ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–235. MANIATTY v. UNUMPROVIDENT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–236. AKERS v. BISHOP ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–238. CAIN, WARDEN, ET AL. v. WILKERSON. C. A. 5th Cir. Certiorari denied.

No. 03–243. SWEAT v. GEORGIA DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Ga. Certiorari denied.

No. 03–244. DAIWA SECURITIES AMERICA INC. v. KAYNE ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–245. DEROLPH ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–246. BORDERS v. DISTRICT OF COLUMBIA OFFICE OF BAR COUNSEL. Ct. App. D. C. Certiorari denied.

No. 03–247. SARDAGNA ET AL. v. SOUTHERN CALIFORNIA, ARIZONA, COLORADO, AND SOUTHERN NEVADA GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–250. AMERICA WEST HOLDINGS CORP. ET AL. v. EMPLOYER-TEAMSTERS JOINT COUNCIL NO. 84 PENSION TRUST FUND, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED. C. A. 9th Cir. Certiorari denied.